**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 39 EAL 2019

             Respondent                :

                                :   Petition for Allowance of Appeal from

                                :   the Order of the Superior Court

               v.                        :

                                :

JERICK MARINEY,                     :

                                :

               Petitioner               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.